Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
Cristina E. Bautista (SBN 299921)
cristina.bautista@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:    310.788.4400
Facsimile:    310.788.4471

Attorneys for Plaintiff-Creditor
Joan Kerrigan

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>GAYANE GEVORKYAN<br><br>Debtor, | Case No. 1:14-bk-15616-VK<br><br>Adv. No. 1:15-ap-01087-VK<br><br>Chapter 7<br><br>**NOTICE OF COMPLIANCE WITH LOCAL BANKRUPTCY RULE 7026-1** |
| JOAN KERRIGAN,<br><br>Plaintiff,<br><br>v.<br><br>GAYANE GEVORKYAN,<br><br>Defendant. | Status Conference<br>Date:    July 22, 2015<br>Time:    1:30 p.m.<br>Place:    21041 Burbank Blvd.<br>          Courtroom 301<br>          Woodland Hills, CA 91367 |

1
NOTICE OF COMPLIANCE WITH LBR 7026-1

**TO ALL INTERESTED PARTIES:**

  **PLEASE TAKE NOTICE** that compliance with Local Bankruptcy Rule 7026-1 is required in this proceeding.

Dated: May 28, 2015          KATTEN MUCHIN ROSENMAN LLP
                  Jessica M. Mickelsen
                  Cristina E. Bautista


                  By: /s/ Cristina E. Bautista
                  Attorneys for Joan Kerrigan

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2029 Century Park East, Suite 2600, Los Angeles, California 90067-3012

A true and correct copy of the foregoing documents entitled: **NOTICE OF COMPLIANCE WITH LOCAL BANKRUPTCY RULE 7025-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 28, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David Keith Gottlieb (TR) dkgtrustee@dkgallc.com
- Jessica M. Mickelsen – jessica.mickelsen@kattenlaw.com
- United States Trustee (SV) – ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 28, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:**
Gayane Gevorkyan
8037 Rhodes Avenue
North Hollywood, CA 91605

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 28, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Victoria s. Kaufman                                          *Via Personal Delivery*
U.S. Bankruptcy Court – Central District of California
21041 Burbank Blvd., Suite 354 / Courtroom 301
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 28, 2015 | Adelle Shafer | /s/ Adelle Shafer |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**
US_106549175v1_298500-01924 5/28/2015 3:14 PM