| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Gayane Gevorkyan<br>8037 Rhodes Avenue<br>North Hollywood, CA 91605<br><br><br><br><br><br><br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>Gayane Gevorkyan<br><br><br><br>Debtor(s). | CASE NO.: 1:14-bk-15616-VK<br><br>ADVERSARY CASE NO.: 1:15-ap-01087-VK<br><br>CHAPTER: 7 |
|---|---|
| Joan Kerrigan<br><br><br><br>Plaintiff(s).<br>vs.<br>Gayane Gevorkyan<br><br><br>Defendant(s). | **UNILATERAL STATUS REPORT**<br>**LBR 7016-1(a)(2)** |
|  | DATE: 07/22/2015<br>TIME: 1:30 pm<br>COURTROOM: 301, 3rd Floor<br>PLACE: U.S. Bankruptcy Court<br>    21041 Burbank Blvd.<br>    Woodland Hills, CA 91367 |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE: VICTORIA S. KAUFMAN

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

 1. Have all parties been served?  ☒ Yes ☐ No
 2. Have all parties filed and served answers to the complaint/counter-complaints/etc.?  ☒ Yes ☐ No
 3. Have all motions addressed to the pleadings been resolved?  ☐ Yes ☒ No
 4. Have counsel met and conferred in compliance with LBR 7026-1?  ☐ Yes ☒ No

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below (*or on attached page*):

   Defendant will seek summary judgment dismissing the Complaint on the basis that Complaint was filed after Complaint filing deadline of 5/25/2015. Complaint was filed on May 26, 2015.

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | | 09/01/2015 |

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|
   | | n/a |

3. When do you expect to complete <u>your</u> discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | | 8/1/2015 |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | | n/a |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   | Plaintiff | Defendant |
   |---|---|
   | | 15 minutes |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   | Plaintiff | Defendant |
   |---|---|
   | | 1-5 |

3. How many exhibits do you anticipate using at trial?

   | Plaintiff | Defendant |
   |---|---|
   | | 1-15 |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 7016-1.STATUS.REPORT**

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

|  Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is  ☐ is not  requested<br>Reasons: | Pretrial conference ☐ is  ☒ is not  requested<br>Reasons:<br>Plaintiff's Complaint was filed after the extended deadline to file Complaints set by the Court by order entered on 4/30/2015 (item 17 on docket for Lead BK Case). |
| **Plaintiff** | **Defendant** |
| Pretrial conference should be set <u>after</u>:<br>(*date*) _____ | Pretrial conference should be set <u>after</u>:<br>(*date*) _____ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?
    Settlement efforts pending.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
    If so, when?

3. Do you want this matter sent to mediation at this time?

|  Plaintiff | Defendant |
|---|---|
| ☐ Yes    ☐ No | ☐ Yes    ☒ No |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                        Page 3                                        **F 7016-1.STATUS.REPORT**

F.  **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff has demonstrated a pattern of late-filing with respect to its Complaint. Despite being properly listed on the Defendant's bankruptcy schedules--Schedule F and item 4 of the Statement of Financial Affairs--and despite being given proper notice of the Debtor's bankruptcy proceeding, Plaintiff failed to file its Complaint prior to the initial March 24, 2015 deadline to object to debtor's discharge or to challenge dischareability of certain debts.

Plaintiff successfully moved for an order extending said deadline to May 25, 2015, but again failed to timely file its Complaint. The Complaint in the instant adversary proceeding was signed, dated and filed on May 26, 2015.

With respect to Defendant's untimely filed answer, the Defendant's answer is signed and dated on June 26, 2015, which is prior to the answer deadline of June 29, 2015. Defendant then submitted her original, signed answer and a copy to a courier service for filing with the court on June 29, 2015. Unfortunately, it appears that the Defendant's answer was not filed on June 29, 2015, and Defendant rectified this error as soon as she was aware of it. Defendant's answer was filed electronically on July 5, 2015.

Respectfully submitted,

Date: 07/06/2015

n/a
Printed name of law firm

Signature

Gayane Gevorkyan
Printed name

Attorney for: _____

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                    Page 4                                                    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT LBR 7016-1(a)(2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/06/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Cristina E Bautista    cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com,adelle.shafer@kattenlaw.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@ecf.epiqsystems.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Scott Kosner    scottK@tysonfirm.com, albert@tysonfirm.com
- Jessica Mickelsen Simon    jessica.mickelsensimon@kattenlaw.com, adelle.shafer@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/06/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

PLAINTIFF: c/o Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/06/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

JUDGE: US Bankruptcy Court, 21041 Burbank Boulevard, Suite 354, Woodland Hills, CA 91367
PLAINTIFF: Joan Kerrigan c/o Katten Muchin Rosenman LLP (310) 788-4471

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/06/2015 | Albert Pfaffman | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 5    F 7016-1.STATUS.REPORT